1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,                    Case No.:  23-cr-0107-JO

10                              Plaintiff,         **ORDER CONTINUING MOTION**
                                                   **HEARING/TRIAL SETTING**
11   v.

12   CRISTIAN AGUIRRE-SALAS (1);
     JORGE LUIS DIAZ-GALVAN (2);
13   JONATHAN JACIEL LOMELI-
14   HERNANDEZ (3),

15                             Defendants.

16

17         On February 11, 2023, the parties filed a Joint Motion to Continue the Motion

18   Hearing/Trial Setting currently set for February 17, 2023 to April 28, 2023. For good cause

19   appearing, the Court GRANTS the joint motion to continue [Dkt. 40] and sets the Motion

20   Hearing/Trial Setting on April 28, 2023 at 1:30 p.m.

21         For the reasons set forth in the joint motion, the Court finds that the ends of justice

22   will be served by granting the requested continuance, and these outweigh the interests of

23   the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

24   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

25   //
26   //
27   //
28   //

1    Further, on February 6, 2023, Defendant Jorge Luis Diaz-Galvan filed a pretrial

2  motion that remains pending.  Accordingly, the Court finds that time from February 6,

3  2023 to April 28, 2023 shall be excluded under the Speedy Trial Act on grounds that a

4  pretrial motion is pending.  18 U.S.C. § 3161(h)(1)(D).  This time is also excluded as to

5  the co-Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well

6  established that an exclusion from the Speedy Trial clock for one defendant applies to all

7  codefendants.").

8    IT IS SO ORDERED.

9  Dated: _____

10                                    Hon. Jinsook Ohta
                                       UNITED STATES DISTRICT JUDGE

23-cr-0107-JO